# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00168-CV

**Natalie Stroup, Appellant**

**v.**

**Daniel Silas Bassett Trust, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-008243, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On March 25, 2022, Natalie Stroup filed a notice of appeal from the trial court's order that was signed on November 10, 2021. The order granted final summary judgment in favor of the Daniel Silas Bassett Trust and dismissed Stroup's claims against it.

On June 1, 2022, this Court sent notice to Stroup that her notice of appeal appeared to be untimely filed. Because she timely filed a motion for new trial, her notice of appeal was due on or before February 8, 2022. *See* Tex. R. App. P. 26.1(a) (requiring notice of appeal to be filed within 90 days after judgment signed if party timely filed motion for new trial). We requested that she provide proof of the timely mailing of the notice of appeal by June 10, 2022. We further informed her that the failure to file proof would result in the dismissal of this appeal for want of jurisdiction. To date, appellant has not provided proof of a timely notice of appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed:   June 16, 2022